IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY;
BOARD OF COUNTY COMMISSIONERS OF SAN MIGUEL COUNTY; and
CITY OF BOULDER,

        Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC.;
SUNCOR ENERGY SALES INC.;
SUNCOR ENERGY INC.; and
EXXON MOBIL CORPORATION,

        Defendants.

## STATE COURT PLEADING INDEX

The following is a listing of the documents filed in Boulder County District Court in the case captioned *Board of County Commissioners of Boulder County, et al. vs. Suncor Energy (U.S.A.),* et al., case number 2018cv30349.

| **Exhibit No.** | **Date of Filing** | **Document Name** |
| --- | --- | --- |
| A-1 | 04/17/18 | Summons (to Exxon Mobile Corporation) |
| A-2 | 04/17/18 | Summons (to Suncor Energy Inc.) |
| A-3 | 04/17/18 | Summons (to Suncor Energy Sales Inc.) |
| A-4 | 04/17/18 | Summons (to Suncor Energy USA Inc.) |
| A-5 | 04/17/18 | Civil Case Cover Sheet |
| A-6 | 04/17/18 | Complaint and Jury Demand |
| A-7 | 04/27/18 | *Pro Hac Vice* Motion of Marco Simons |
| A-8 | 04/27/18 | *Pro Hac Vice* Motion of Alison Borchoff-Porte |
| A-9 | 04/27/18 | *Pro Hac Vice* Motion of Michelle C. Harrison |
| A-10 | 05/01/18 | Order Granting *Pro Hac Vice* Motion of Marco Simons |
| A-11 | 05/01/18 | Order Granting *Pro Hac Vice* Motion of Alison Borochoff- |

**Exhibit A**

| **Exhibit No.** | **Date of Filing** | **Document Name** |
|---|---|---|
| | | Porte |
| A-12 | 05/01/18 | Order Granting *Pro Hac Vice* Motion of Michelle C. Harrison |
| A-13 | 05/14/18 | Notice from the State Supreme Court (noting that Simons, Borochoff-Porte, and Harrison have all paid their P*ro Hac Vice* filing fees as required) |
| A-14 | 05/22/18 | *Pro Hac Vice* Motion of David Bookbinder |
| A-15 | 05/25/18 | Notice from the State Supreme Court (noting that Bookbinder has paid his  P*ro Hac Vice* filing fee as required) |
| A-16 | 05/29/18 | Order Granting *Pro Hac Vice* Motion of David Bookbinder |
| A-17 | 06/11/18 | Amended Complaint and Jury Demand |
| A-18 | 06/16/18 | Return of Service (of Exxon Mobil) |
| A-19 | 06/16/18 | Return of Service (of Suncor Energy (USA)) |
| A-20 | 06/16/18 | Return of Service (of Suncor Energy Sales Inc.) |