| | |
|---|---|
| DISTRICT COURT, COUNTY OF BOULDER STATE OF COLORADO. Boulder County Combined Court 1777 Sixth Street Boulder, CO 80302 | DATE FILED: April 27, 2018 3:11 PM FILING ID: 4C0A17BCB3110 CASE NUMBER: 2018CV30349 |
| **Plaintiffs:** BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY; BOARD OF COUNTY COMMISSIONERS OF SAN MIGUEL COUNTY; CITY OF BOULDER  v.  **Defendant:** SUNCOR ENERGY (U.S.A.), INC.; SUNCOR ENERGY SALES, INC.; SUNCOR ENERGY, INC.; EXXON MOBIL CORPORATION | ▲COURT USE ONLY▲  Case Number: 2018CV030349  Division: Division 2 |
| Alison Borochoff-Porte EarthRights International 1612 K Street NW #401 Washington, DC 20006 Tel: (202) 466-5188 Fax: (202) 466-5189 Email: alison@earthrights.org New York Bar No. 5482468  Kevin S. Hannon, #16015 THE HANNON LAW FIRM, LLC 1641 Downing Street Denver, CO 80218 Tel: (303) 861-8800 Fax: (303) 861-8855 Email: khannon@hannonlaw.com | |

## OUT OF STATE COUNSEL'S VERIFIED MOTION REQUESTING PRO HAC VICE ADMISSION

Pursuant to C.R.C.P. 121 § 1-2, and Rule 205.3, Alison Borochoff-Porte of the nonprofit public interest law firm EarthRights International, of Washington, D.C., moves for *pro hac vice* admission to practice before this Court in the above-captioned matter.

1

Exhibit A-8

AS GROUNDS FOR THIS MOTION, Alison Borochoff-Porte states and shows the Court the following:

1.      Under Rule 205.3, an attorney and counselor at law in good standing from any other jurisdiction in the United States may, in the discretion of a Colorado court of record, be permitted to participate before the Court in a trial, argument and other proceeding in the particular case in which the attorney is employed, provided that a member in good standing of the Bar of the State of Colorado is associated in such cause at all stages of the case.

2.      Alison Borochoff-Porte of the nonprofit public interest law firm EarthRights International is a member in good standing of the Bar in the State of New York. Alison Borochoff-Porte is assigned attorney registration number 5482468 in the State of New York.

3.      Alison Borochoff-Porte is not currently licensed in any other jurisdiction; she has recently submitted an application to the Bar of the District of Columbia, which is currently pending.

4.      Alison Borochoff-Porte is in good standing in all Bars wherever admitted and has not been subject to any order of discipline or disability by any Bar, or had any request for *pro hac vice* admission denied or revoked.

5.      Alison Borochoff-Porte has not previously sought *pro hac vice* admission in Colorado.

6.      Alison Borochoff-Porte acknowledges that she is subject to all applicable provisions of the Colorado Rules of Professional Conduct, the Colorado Rules of Civil Procedure and other court rules, and that she has read such rules and will follow such rules.

7.      Kevin Hannon, Registration No. 16015, is a member in good standing of the Bar of the State of Colorado.

8.      Mr. Hannon will be present and participate in a meaningful and substantial manner throughout the proceedings and trial of this matter.

9.      The following are parties to the proceeding and have been notified of this Verified Motion requesting *pro hac vice* admission: the Board of County Commissions of Boulder County, the Board of County Commissioners of San Miguel County, and the City of Boulder. The following parties have not yet been served or appeared in this proceeding: Suncor Energy (U.S.A.), Inc.; Suncor Energy Sales, Inc.; Suncor Energy, Inc.; Exxon Mobil Corporation.

10.     Alison Borochoff-Porte has filed a copy of this motion with the Clerk of the Colorado Supreme Court at the Office of Attorney Registration, 1300 Broadway, Suite 510, Denver, Colorado, 80203, and paid the required fee.

11.     An affidavit setting forth Alison Borochoff-Porte's qualifications and compliance is attached.

12.     By execution of the attached verification, the Colorado licensed Sponsoring Attorney verifies his association on this matter.

WHEREFORE, Out of State Counsel respectfully requests that the Court admit Alison

Borochoff-Porte *pro hac vice*, to practice before the Court in this case.

Dated: April 18, 2018                               Respectfully submitted,

                                                   Alison Borochoff-Porte
                                                   New York Bar No. 5482468
                                                   EarthRights International
                                                   1612 K Street NW #401
                                                   Washington, DC 20006
                                                   Tel: (202) 466-5188
                                                   Email: alison@earthrights.org

                                                   Kevin S. Hannon, #16015
                                                   **DULY AUTHORIZED SIGNATURE OF
                                                   KEVIN S. HANNON ON FILE AT THE
                                                   HANNON LAW FIRM, LLC**
                                                   1641 Downing Street
                                                   Denver, CO 80218
                                                   Tel: (303) 861-8800

4

## VERIFICATION

Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission was sworn

to or affirmed and signed by Kevin Hannon, Registration No. 16015, this _8th_ day of April,

2018.


[Notary Public]

PAMELA K. MORRISON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154017781
MY COMMISSION EXPIRES MAY 5, 2019

My commission expires: 5/5/2019

5

## VERIFICATION

Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission was sworn

to or affirmed and signed by Alison Borochoff-Porte, New York Bar No. 5482468, this 18 day

of April, 2018.

[Notary Public]

My commission expires: 2/1/2021

```
CHANTEL ZIMBLIS
Notary Public
State of Colorado
Notary ID # 20174004876
My Commission Expires 02-01-2021
```

6

DISTRICT COURT, COUNTY OF BOULDER
STATE OF COLORADO
Boulder County Combined Court
1777 Sixth Street
Boulder, CO 80302

DATE FILED: April 27, 2018 3:11 PM
FILING ID: 4C0A17BCB3110
CASE NUMBER: 2018CV30349

**Plaintiffs:**
BOARD OF COUNTY COMMISSIONERS OF
BOULDER COUNTY; BOARD OF COUNTY
COMMISSIONERS OF SAN MIGUEL
COUNTY; CITY OF BOULDER

v.

**Defendant:**
SUNCOR ENERGY (U.S.A.), INC.; SUNCOR
ENERGY SALES, INC.; SUNCOR ENERGY,
INC.; EXXON MOBIL CORPORATION

▲COURT USE ONLY▲

Case Number: 2018CV030349

Division: Division 2

Alison Borochoff-Porte
EarthRights International
1612 K Street NW #401
Washington, DC 20006
Tel: (202) 466-5188
Fax: (202) 466-5189
Email: alison@earthrights.org
New York Bar No. 5482468

Kevin S. Hannon, #16015
THE HANNON LAW FIRM, LLC
1641 Downing Street
Denver, CO 80218
Tel: (303) 861-8800
Fax: (303) 861-8855
Email: khannon@hannonlaw.com

**AFFIDAVIT OF ALISON BOROCHOFF-PORTE**

STATE OF   CO
COUNTY OF  Jefferson              )
                                  ) ss:
                                  )

1.      My name is Alison Borochoff-Porte. I am an attorney with the nonprofit public

1

interest law firm of EarthRights International, 1612 K Street NW #401, Washington, DC, 20006, telephone number (202) 466-5188, and counsel to Plaintiffs in the action referenced above.

2.     I received a J.D. degree from Columbia Law School. I was admitted to the State Bar and Courts of New York State in 2016, and to the U.S. Court of Appeals for the Second Circuit in 2017.

3.     I am in good standing in all Bars wherever admitted. No disability, disciplinary or grievance proceedings have been filed or are pending against me and I have never had a request for pro hac vice admission denied or revoked.

4.     I have not established domicile in the State of Colorado.

5.     I have not established a place in Colorado from which I hold myself out to the public as practicing Colorado law, or from which I solicit or accept Colorado clients.

6.     I have not previously sought pro hac vice admission in Colorado.

7.     The parties represented are the Board of County Commissions of Boulder County, the Board of County Commissioners of San Miguel County, and the City of Boulder, plaintiffs in this matter. I have notified them of the Motion requesting permission for me to appear in this matter in this Colorado Court.

8.     I acknowledge that I am subject to all applicable provisions of the Colorado Rules of Professional Conduct, the Colorado Rules of Civil Procedure and other court rules; that I have read and will follow these rules throughout the pro hac vice admission; and that the Verified Motion complies with those rules.

9.     The Colorado licensed attorney who will associate with me is: Kevin Hannon, Registration No. 16015, of The Hannon Law Firm, LLC, 1641 Downing Street, Denver,

CO 80218, Tel: (303) 861-8800

10.    I have paid the fee to the Clerk of the Colorado Supreme Court and separately

provided a copy of the Verified Motion and this Affidavit to the Office of Attorney

Registration, 1300 Broadway, Suite 510, Denver, Colorado 80203.

11.    Signed this ___18___ day of April, 2018.


_____
Alison Borochoff-Porte


The above and foregoing Affidavit was subscribed and sworn to or affirmed before me

this ___18___ day of ___April___, 2018, by Alison Borochoff-Porte.


_____
[Notary Public in and for the]
State of ___CO___

My commission expires: 2/1/2021

CHANTEL ZIMBLIS
Notary Public
State of Colorado
Notary ID # 20174004876
My Commission Expires 02-01-2021

3

| | |
|---|---|
| DISTRICT COURT, COUNTY OF BOULDER<br>STATE OF COLORADO<br>Boulder County Combined Court<br>1777 Sixth Street<br>Boulder, CO 80302 | DATE FILED: April 27, 2018 3:11 PM<br>FILING ID: 4C0A17BCB3110<br>CASE NUMBER: 2018CV30349 |
| **Plaintiffs:**<br>BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY; BOARD OF COUNTY COMMISSIONERS OF SAN MIGUEL COUNTY; CITY OF BOULDER<br><br>v.<br><br>**Defendant**:<br>SUNCOR ENERGY (U.S.A.), INC.; SUNCOR ENERGY SALES, INC.; SUNCOR ENERGY, INC.; EXXON MOBIL CORPORATION | ▲COURT USE ONLY▲<br>_____<br>Case Number:  2018CV030349<br><br>Division: 2 |
| **[PROPOSED] ORDER GRANTING OUT OF STATE COUNSEL'S VERIFIED MOTION REQUESTING *PRO HAC* VICE ADMISSION** | |

THIS MATTER comes before the Court on Out of State Counsel's Verified Motion

Requesting *Pro Hac Vice* Admission.

The Court GRANTS the Motion and hereby ORDERS that Alison Borochoff-Porte is

authorized to appear on behalf of Plaintiffs in this case.

DATED this _____ day of _____ 2018.

BY THE COURT:

_____
District Court Judge