IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01672-MEH

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY;
BOARD OF COUNTY COMMISSIONERS OF SAN MIGUEL COUNTY; and
CITY OF BOULDER,

      Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC.;
SUNCOR ENERGY SALES INC.;
SUNCOR ENERGY INC.; and
EXXON MOBIL CORPORATION,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 27, 2018.**

      The Motion to Vacate the July 26, 2018 Deadline to Submit a Proposed Scheduling Order [filed July 26, 2018; ECF No. 31] is **denied as moot**. The July 26, 2018 deadline to which the parties refer in the motion is the deadline "to hold a meeting and jointly prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f)." ECF No. 30. Nothing in this text requires that the parties submit a proposed scheduling order by this date. Unless subsequently changed by court order, the deadline to submit a proposed scheduling order is five business days prior to the scheduling conference. *See* ECF No. 22. Here, the Court vacated that deadline in its July 24, 2018 minute order; thus, there is currently no deadline to submit a proposed scheduling order.