IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-1672-WYD-SKC

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY;
BOARD OF COUNTY COMMISSIONERS OF SAN MIGUEL COUNTY; and
CITY OF BOULDER,

        Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC.;
SUNCOR ENERGY SALES INC.;
SUNCOR ENERGY INC.; and
EXXON MOBIL CORPORATION,

        Defendants.

## JOINT MOTION TO REQUEST ORAL ARGUMENT ON PLAINTIFFS' MOTION TO REMAND

### INTRODUCTION

Plaintiffs the Board of County Commissioners of Boulder County, the Board of County Commissioners of San Miguel County, and the City of Boulder (collectively "Plaintiffs"), and Defendants Suncor Energy (U.S.A.) Inc., Suncor Energy Sales Inc., Suncor Energy Inc., and Exxon Mobil Corporation (collectively "Defendants") (together, the "Parties"), hereby jointly move this Court to set oral argument on Plaintiffs' Motion to Remand. (ECF No. 34.)

### BACKGROUND

Plaintiffs filed their complaint in Boulder County District Court on April 17, 2018. (ECF No. 1, Ex. A-6.) They amended their complaint on June 11, 2018. (ECF No. 1, Ex. A-17.) Defendants timely removed this case to the United States District Court for the District of Colorado (the "Court") on June 29, 2018. (ECF No. 1.) On July 30, 2018, Plaintiffs moved to remand

1

the case to state court. (ECF No. 34.) Shortly afterwards, on August 10, 2018, the Court stayed the case pending a ruling on Plaintiffs' Motion to Remand. (ECF No. 39.)

Briefing on Plaintiffs' Motion to Remand is now complete. After Plaintiffs filed their opening brief and Defendants responded in opposition, Plaintiffs filed their reply brief on November 13, 2018. (ECF Nos. 44, 48, and 50.)

## ARGUMENT

This Court's local rules provide that the Court may, at its discretion, set oral argument for motions. *See* Dist. Colo. L. Civ. R. 7.1(h) (placing the decision to hold oral argument "at the court's discretion"); Judge Wiley Y. Daniel's Practice Standards, III.D.1 ("Motions may be determined without a hearing or may be set for an evidentiary hearing or oral argument."). Here, the Parties believe that oral argument would materially assist the Court in ruling on Plaintiffs' Motion to Remand. Oral argument will allow the Parties to address questions the Court may have concerning issues raised in the pleadings. Given the importance of the issues here, the Parties submit that holding oral argument would assist the Court in its disposition of Plaintiffs' Motion to Remand.

WHEREFORE, the Parties respectfully request that the Court issue an Order setting oral argument on Plaintiffs' Motion to Remand.

## CONCLUSION

For these reasons, the Parties request that the Court grant this joint motion.

2

Dated: December 13, 2018                                Respectfully submitted,

 /s/ Kevin Hannon                                        /s/ Theodore V. Wells, Jr.
Kevin Hannon                                            Theodore V. Wells, Jr.
THE HANNON LAW FIRM, LLC                                Daniel J. Toal
1641 Downing Street                                     Jaren Janghorbani
Denver, CO 80218                                        Nora Ahmed
Telephone: (303) 861-5188                               PAUL, WEISS, RIFKIND, WHARTON
Fax: (202) 466-5189                                     & GARRISON LLP
E-mail: khannon@hannonlaw.com                           1285 Avenue of the Americas
                                                        New York, New York 10019-6064
Michelle C. Harrison                                    Telephone: (212) 373-3000
Marco Simons                                            Fax: (212) 757-3990
Alison Borochoff-Porte                                  E-mail: twells@paulweiss.com
EARTHRIGHTS INTERNATIONAL                               E-mail: dtoal@paulweiss.com
1612 K Street NW #401                                   E-mail: jjanghorbani@paulweiss.com
Washington, DC 20006                                    E-mail: nahmed@paulweiss.com
Telephone: (202) 466-5188
Fax: (202) 466-5189                                     Colin G. Harris
E-mail: michelle@earthrights.org                        FAEGRE BAKER DANIELS LLP
E-mail: marco@earthrights.org                           1470 Walnut St., Suite 300
E-mail: alison@earthrights.org                          Boulder, CO 80302
                                                        Telephone: (303) 447-7700
David Bookbinder                                        Fax: (303) 447-7800
D.C. Bar No. 455525                                     E-mail: colin.harris@FaegreBD.com
NISKANEN CENTER
820 First Street, NE, Suite 675                         *Attorneys for Defendant Exxon Mobil
Washington, DC 20002                                    Corporation*
E-mail: dbookbinder@niskanencenter.org
                                                         /s/ Hugh Q. Gottschalk
*Attorneys for Plaintiffs*                              Hugh Q. Gottschalk
                                                        Evan Bennett Stephenson
                                                        WHEELER TRIGG O'DONNELL LLP
                                                        370 17th Street, Suite 4500
                                                        Denver, Colorado 80202
                                                        303-244-1800
                                                        gottschalk@wtotrial.com
                                                        stephenson@wtotrial.com

                                                        *Attorneys for Defendants,
                                                        Suncor Energy (U.S.A.) Inc., Suncor
                                                        Energy Sales Inc., and Suncor Energy Inc.*