IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-1672-WJM-SKC

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY;
BOARD OF COUNTY COMMISSIONERS OF SAN MIGUEL COUNTY; and
CITY OF BOULDER,

   Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC.;
SUNCOR ENERGY SALES INC.;
SUNCOR ENERGY INC.; and
EXXON MOBIL CORPORATION,

   Defendants.

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

After briefing was completed on Plaintiffs' motion to remand (Dkt. 44, 48, 50), the District Court for the District of Maryland issued a remand order in a similar case, *City of Baltimore v. BP P.L.C.*, C.A. No. ELH-18-2357 (June 10, 2019) (attached as Exhibit 1), which pertains to whether Plaintiffs' claims may be removed because:

 (1) they are "governed by federal common law," *see* Ex. 1 at 12-17, Pls. Br., Dkt. 44, at 7-20;

 (2) they necessarily raise substantial and disputed federal issues, *see* Ex. 1 at 18-23, Pls. Br., Dkt. 44, at 20-28;

 (3) they have been completely preempted by the Clean Air Act and the foreign affairs doctrine, *see* Ex. 1 at 23-27, Pls. Br., Dkt. 44, at 28-34;

 (4) they arise on federal enclaves, *see* Ex. 1 at 27-31, Pls. Br., Dkt. 44, at 35-36;

1

(5) there is jurisdiction under the Outer Continental Shelf Lands Act ("OSCLA"), *see* Ex. 1 at 32-34, Pls. Br., Dkt. 44, at 36-37;

(6) there is jurisdiction under the federal officer removal statute, *see* Ex. 1 at 34-37, Pls. Br., Dkt. 44, at 37-40; and

(7) there is bankruptcy jurisdiction, *see* Ex. 1 at 37-42, Pls. Br., Dkt. 44, at 40.

Dated: June 25, 2019

Respectfully submitted,

/s/*Kevin S. Hannon*
Kevin S. Hannon
THE HANNON LAW FIRM, LLC
1641 Downing Street
Denver, CO 80218
Telephone: (303) 861-8800
Fax: (303) 861-8855
E-mail: khannon@hannonlaw.com

David Bookbinder
D.C. Bar No. 455525
NISKANEN CENTER
820 First Street, NE, Suite 675
Washington, DC 20002
E-mail: dbookbinder@niskanencenter.org

Marco Simons
Michelle C. Harrison
EARTHRIGHTS INTERNATIONAL
1612 K Street NW #401
Washington, DC 20006
Telephone: (202) 466-5188
Fax: (202) 466-5189
E-mail: marco@earthrights.org
E-mail: michelle@earthrights.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify and affirm that on the 25th day of June 2019, I electronically filed a true and correct copy of the foregoing filing with the Clerk of the United States District Court for the District of Colorado using its CM/ECF system and served the same via the CM/ECF system on all counsel of record.

                                                       s/ Kevin S. Hannon